UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALBERT FOSTER, TERRELL WEBSTER, CHRISTOPHER REYES, LEWIS BLEDSOE, INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, TRANSPORTATION DIVISION**<br><br>Plaintiffs,<br><br>v.<br><br>**CICERO CENTRAL RAILROAD, WATCO HOLDINGS INCORPORATED**<br><br>Defendants. | Civil Case No.: 1:21-cv-2467 |

## JOINT STATUS REPORT OF THE PARTIES REGARDING DISCOVERY AND SETTLEMENT

In accordance with the Court's orders dated July 30, 2021, and October 5, 2021, Plaintiffs Albert Foster, Christopher Reyes, Lewis Bledsoe, Terrell Webster, and the International Association of Sheet Metal, Air, Rail and Transportation Workers – Transportation Division (hereinafter collectively referred to as "Plaintiffs") and Defendants Watco Holdings Incorporated and Cicero Central Railroad (hereinafter collectively referred to as "Defendants"), submit the following Joint Status Report:

1. On August 24, 2021, Defendants served their Initial Disclosures, First Set of Interrogatories, and First Request for Production of Documents on the Plaintiffs.

2. On August 26, 2021, Plaintiffs served their Initial Disclosures on the Defendants.

1

3. The Parties thereafter have each agreed to extensions on time limits to respond to the others First Requests for Production of Documents and First Set of Interrogatories, with Plaintiffs' responses due October 22, 2021, and Defendants' due on November 15, 2021.

4. The Parties anticipate beginning depositions shortly following the aforementioned discovery responses.

5. With respect to settlement prospects, the Parties have not had any substantive discussions to date, but believe that such will be appropriate following the opportunity to engage further in the discovery process.

Respectfully submitted,

/s/ Shawn M. McKinley
Shawn McKinley
Assistant General Counsel
SMART-Transportation Division
24950 Country Club Blvd., Ste. 340
North Olmsted, OH 44070
Tel:   (216) 228-9400
Fax:   (216) 228-0937
smckinley@smart-union.org

Attorney for Plaintiffs


/s/ Rodney Harrison
Rodney Harrison, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
7700 Bonhomme Ave. Suite #650
St. Louis, MO 63105
(Tel) 314-802-3949
Rodney.harrison@ogletree.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 6th day of October, 2021, I filed the foregoing with the Court's Electronic Court Filing System, which served the following via electronic mail to the following:

Rodney Harrison, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
7700 Bonhomme Ave. Suite #650
St. Louis, MO 63105
(Tel) 314-802-3949
Rodney.harrison@ogletree.com

                s/ Shawn M. McKinley
                Shawn McKinley