UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALBERT FOSTER, TERRELL WEBSTER, CHRISTOPHER REYES, LEWIS BLEDSOE, INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, TRANSPORTATION DIVISION**<br><br>Plaintiffs,<br><br>v.<br><br>**CICERO CENTRAL RAILROAD, WATCO HOLDINGS INCORPORATED**<br><br>Defendants. | Civil Case No.: 1:21-cv-2467<br><br>Judge John J. Tharp, Jr.<br>Mag. Judge Maria Valdez |

### JOINT STATUS REPORT OF THE PARTIES REGARDING DISCOVERY AND SETTLEMENT

In accordance with the Court's order dated October 6, 2021, Plaintiffs Albert Foster, Christopher Reyes, Lewis Bledsoe, Terrell Webster, and the International Association of Sheet Metal, Air, Rail and Transportation Workers – Transportation Division (hereinafter collectively referred to as "Plaintiffs") and Defendants Watco Holdings Incorporated and Cicero Central Railroad (hereinafter collectively referred to as "Defendants"), submit the following Second Joint Status Report:

1. On October 5, 2021, the parties submitted a Joint Status Report indicating that Plaintiffs' responses to Defendants' First Set of Interrogatories ("FSI") and First Request for Production of Documents ("FRPD") were due on October 22, 2021, and Defendants' response to Plaintiffs' FSI and FRPD were due on November 15, 2021.

2. Due to technical issues, Plaintiffs served their responses to Defendants' FRPD on October 25, 2021, and to Defendants' FSI on October 27, 2021.

3. The Parties thereafter agreed to an extension to November 22, 2021, for Defendants to respond to Plaintiffs' FSI and FRPD.

4. The Parties anticipate beginning depositions shortly following the aforementioned discovery responses.

5. With respect to settlement prospects, the Parties have not had any substantive discussions to date, but believe that such will be appropriate following the opportunity to engage further in the discovery process.

    Respectfully submitted,

    /s/ Shawn M. McKinley
    Shawn McKinley
    Assistant General Counsel
    SMART-Transportation Division
    24950 Country Club Blvd., Ste. 340
    North Olmsted, OH 44070
    Tel:    (216) 228-9400
    Fax:    (216) 228-0937
    smckinley@smart-union.org

    Attorney for Plaintiffs


    /s/ Rodney Harrison
    Rodney Harrison, Esq.
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    7700 Bonhomme Ave. Suite #650
    St. Louis, MO 63105
    (Tel) 314-802-3949
    Rodney.harrison@ogletree.com

    Counsel for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 18th day of November, 2021, I filed the foregoing with the Court's Electronic Court Filing System, which served the following via electronic mail to the following:

Rodney Harrison, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
7700 Bonhomme Ave. Suite #650
St. Louis, MO 63105
(Tel) 314-802-3949
Rodney.harrison@ogletree.com

                                                      s/ Shawn M. McKinley
                                                      Shawn McKinley